# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mehta, Amit P. | US District Court for the District of Columbia | 08/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2019<br>**to**<br>12/31/2019 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA White Collar Conference | March 6-8, 2019 | New Orleans, LA | Conference | Airfare and transit |
| 2. | Harvard Ames Moot Court | March 11-12, 2019 | Cambridge, MA | Panel | Airfare, hotel and transit |
| 3. | ABA Antitrust Meeting | August 13-16, 2019 | Jackson Hole, WY | Conference | Airfare, hotel and meals |
| 4. | ABA Antitrust Meeting | October 13-15, 2019 | Devil's Creek Ranch, CO | Conference | Airfare, hotel, rental car and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ACS | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citibank Accounts | A | Interest | O | T | | | | | |
| 2.  BNY Mellon Accounts (Snowden) | | | | | | | | | |
| 3.  - Invesco St Treasury Reserve | A | Int./Div. | K | T | | | | | |
| 4.  - Blackrock Global Allocation Fund Inc | A | Dividend | J | T | | | | | |
| 5.  401(k) | | | | | | | | | |
| 6.  - American Funds Growth Fund of America | E | Dividend | N | T | Buy (add'l) | 04/11/19 | J | | |
| 7.  - American Funds New Perspective Fund | E | Dividend | N | T | Buy (add'l) | 04/11/19 | J | | |
| 8.  - American Funds Washington Mutual Investors Fund | E | Dividend | N | T | Buy (add'l) | 04/11/19 | J | | |
| 9.  DC College Savings Plan | | | | | | | | | |
| 10.  - Intermediate-Term Bond Portfolio | | | K | T | Buy (add'l) | 06/04/19 | J | | |
| 11.  - US Large Cap Equity Portfolio | | | L | T | Buy (add'l) | 06/04/19 | J | | |
| 12.  - DC College Savings 2025 Portfolio | | | M | T | Buy (add'l) | 06/04/19 | J | | |
| 13.  - DC College Savings 2028 Portfolio | | | L | T | Buy (add'l) | 11/11/19 | J | | |
| 14.  IRA #1 | | | | | | | | | |
| 15.  - Pershing Government Account | A | Dividend | J | T | | | | | |
| 16.  - iShares TR IBoxx USD Invt Grade Corp Bond | | | | | Sold (part) | 01/23/19 | K | | |
| 17. | | | | | Sold (part) | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Sold | 10/02/19 | K | B | |
| 19. | - iShares Inc Core MSCI Emerging Mkts ETF | B | Dividend | K | T | Buy (add'l) | 04/11/19 | K | | |
| 20. | | | | | | Buy (add'l) | 11/15/19 | J | | |
| 21. | - iShares Short Maturity Bond | A | Dividend | J | T | Sold (part) | 01/23/19 | J | | |
| 22. | | | | | | Sold (part) | 04/11/19 | K | | |
| 23. | | | | | | Sold (part) | 10/02/19 | K | A | |
| 24. | - iShares JPMorgan USD Emerg Markets Bond | | | | | Sold | 04/11/19 | K | | |
| 25. | - iShares Core S&P Mid-Cap | | | | | Sold | 01/23/19 | K | B | |
| 26. | - iShares Core S&P Small-Cap | | | | | Sold | 04/11/19 | J | B | |
| 27. | - iShares Core S&P 500 | C | Dividend | M | T | | | | | |
| 28. | - iShares Edge MSCI USA Momentum Factor | | | | | Sold (part) | 01/23/19 | K | | |
| 29. | | | | | | Sold | 10/02/19 | K | B | |
| 30. | - iShares Intermediate Credit Bond | B | Dividend | K | T | | | | | |
| 31. | - iShares S&P 500 Growth | A | Dividend | | | Sold | 01/23/19 | J | | |
| 32. | - iShares S&P 500 Value | | | | | Sold | 01/23/19 | J | A | |
| 33. | - iShares Edge MSCI Min Vol USA | A | Dividend | K | T | Sold (part) | 04/11/19 | J | | |
| 34. | | | | | | Buy (add'l) | 10/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/15/19 | K | D | |
| 36.    - iShares Core MSCI EAFE | B | Dividend | L | T | Buy (add'l) | 11/15/19 | J | | |
| 37.    - iShares Global Tech | | | K | T | Sold (part) | 04/11/19 | J | A | |
| 38.    - iShares US Treasury Bond | B | Dividend | M | T | Buy (add'l) | 01/23/19 | K | | |
| 39. | | | | | Buy (add'l) | 04/11/19 | K | | |
| 40. | | | | | Buy (add'l) | 10/02/19 | K | | |
| 41. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 42.    - iShares Barclays 20+ Yr Treas Bond | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 43.    - iShares S&P Total US Stk Mkt | A | Dividend | K | T | Buy | 01/23/19 | L | | |
| 44. | | | | | Sold (part) | 11/15/19 | K | D | |
| 45.    - iShares MBS | B | Dividend | K | T | Buy | 04/11/19 | K | | |
| 46. | | | | | Buy (add'l) | 10/02/19 | K | | |
| 47.    - iShares Edge MSCI USA Quality Factor | A | Dividend | K | T | Buy | 10/02/19 | K | | |
| 48. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 49.    - iShares Edge MSCI USA Size Factor | A | Dividend | K | T | Buy | 11/15/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amit P. Mehta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544